**FILED**

OCT 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANN POWERS, ELVIS PRESLEYS AND MARILYN MONROE'S DAUGHTER
STUDINGER, FRED, MAIDEN NAME, MELANIE ANN STUDINGER,
PIERCE AND AL-AQAILAH, DIVORCED, ANNULLED, PROGRAMMED
FOR, AND NOT ACKNOWLEDGED NOR ALLOWED:

PLAINTIFF,

VS.

MARK, MIGUEL MANAGERS OF:
BALLY'S TOTAL FITNESS, DEFENDANT
WHEATON II
11011 VIERS MILL ROAD
WHEATON, MARYLAND 20902
(301) 933-6149

Case: 1:07-cv-01946
Assigned To : Unassigned
Assign. Date : 10/29/2007
Description: Civil Rights-Non-Employ.

COMPLAINT

*USA POLITICS - PLEASE USE THE MACHINE AND LIE DETECTOR TO DETERMINE THIS CASE*

SINCE THE PLAINTIFF, ANN POWERS, JOINED BALLY'S TOTAL FITNESS THE PLAINTIFF HAS INDEED PAID HER DUES OF: $49.69 TO USE THE CLUB. ON: OCTOBER 6TH, 2007, THE PLAINTIFF FOUND HER PERSONAL PROPERTY AND LOCK CUT-OFF HER LOCKER AND PROPERTY CONTAMINATED IN A MANAGERIAL ROOM. THE PLAINTIFF DID IN FACT STATE AND THE CLUB WAS IN FACT AWARE THAT SHE WAS IN FACT USING THE CLUB AND LOCKER TO IN FACT SERVE THE UNITED STATES OF AMERICA AND ATTAIN: THE FACT ALSO THAT THE PLAINTIFF DOES IN FACT PAY CASH TO THEM TO IN FACT USE. THE PLAINTIFF WAS IN FACT THEN TOLD THAT NOW SHE CAN NO LONGER USE AND NO LONGER USE THE LOCKER AND THREATENED. THERE IS ANOTHER COMPLAINT ON FILE AND PENDING PERTAINING TO THE SAME. ALSO, THE FACT THAT BALLYS' HAS THE PLAINTIFF SET-UP FOR AND THE PLAINTIFF'S PROPERTY THAT SHE IN FACT PERSONALLY USED TO ATTAIN THE UNITED STATES OF AMERICA. THAT THE PLAINTIFF IS UPSET ATTHE FACT THAT THIS INTENTIONAL ACT IS ANTI-AMERICAN AND REVERSE DISCRIMINATION: THE CLUB AND ALL PROPERTY IS ONLY IN FACT ALLOWED TO BE USED FOR THE USA AND ONLY THAT THE PLAINTIFF FINDS HER PROPERTY AND SELF DAMAGED FOR: THE PLAINTIFF IS IN FACT SEEKING DAMAGES AND WANTS HER PROPERTY REPLACED WITH NEW PROPERTY AND KNOWING THAT THEY CAN NOT IN FACT REPLACE HER PERSONAL PROPERTY MONEY FOR THAT DAMAGE AND MISSING ITEMS MUST BE INCLUDED: THEY KNOW BETTER, COMMON SENSE, THEY INTENTIONALLY SET-UP AN AMERICAN, IT IS IN FACT AUOMATICALLY CAPITOL PUNISHMENT FOR SETTING UP UNITED STATES POLITICS. AUTOMATICALLY THE "DEATH PENALTY" FOR SUCH ACTIONS: "SEEKING "__CAPITOL PUNISHMENT__"

*TREASON - - - ESPIONAGE AGAINST AN INNOCENT AMERICAN AND THE FEDERAL GOVERNMENT -*

**RECEIVED**

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*THEREFORE, IT IS HEREBY ORDERED THAT THEY DO NOT TOUCH, REMOVE THE PLAINTIFFS' PERSONAL BELONGINGS/PROPERTY FROM HER LOCKER - REMOVE ALL HITS UPON THE PLAINTIFF*

1