FILED
OCT 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 1946 |
| ) | |
| MARK, MIGUEL MANAGERS OF ) | |
| BALLY'S TOTAL FITNESS, ) | |
| ) | |
| Defendants. ) | |

### TRANSFER ORDER

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Under 28 U.S.C. § 1404(a), a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F.Supp. 461, 463 (D.D.C. 1978). None of the events described in the complaint appear to have occurred in the District of Columbia, and none of the defendants appear to reside or to conduct business in this district. Therefore, in the interests of justice, this action will be transferred.

Accordingly, it is hereby

ORDERED that this civil action shall be **TRANSFERRED** to the United States District Court for the District of Maryland. Resolution of plaintiff's application to proceed *in forma pauperis* is left for the transferee court.

SO ORDERED.

_____
United States District Judge

Date: 10-23-07